### March 3, 1954

No. 57899.—Suit 4734.—International Expediters, Inc. *v.* United States.—
—C. D. 1390
affirmed November 2, 1953.  C. A. D. 543.

### March 4, 1954

No. 57900.—Suit 4746.—L. Tobert Co., Inc., and American Shipping Co. *v.* United States.—
—Abstract 56581
affirmed November 2, 1953.  C. A. D. 544.

Before the First Division, March 11, 1954

No. 57901.—New York Merchandise Co., Inc. *v.* United States, protest 217556–K (Los Angeles).

Opinion by Oliver, C. J.  In accordance with stipulation of counsel that the merchandise consists of articles in chief value of glass beads the same in all material respects as those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.